Fill in this information to identify the case:

United States Bankruptcy Court for the:

_Southern_ District of _New York_
(State)

Case number (if known): _____ Chapter _11_

FILED
US BANKRUPTCY COURT

2016 APR -8 A 10: 53   ☐ Check if this is an
                          amended filing

POUGHKEEPSIE. NY

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    _Parker Penelope Corporation_

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    _4 6 - 1 1 2 4 6 1 8_

4. **Debtor's address**

   **Principal place of business**

   _415 Route 376_
   Number   Street
   _#8_

   _Hopewell JC_   _NY_   _12533_
   City                State   ZIP Code

   _Dutchess_
   County

   **Mailing address, if different from principal place of business**

   _827 Route 82_
   Number   Street
   _200_
   P.O. Box

   _Hopewell JC_   _NY_   _12533_
   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City                State   ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor _Parker Penelope Corporation_     Case number (if known)_____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ __ __ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check all that apply:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____ When __ / __ / ____   Case number _____
                              MM / DD / YYYY

         District _____ When __ / __ / ____   Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor _Nicole Capocette_   Relationship _Owner_

         District _Southern Dist of NY_   When _3·14·2016_
                                                MM / DD / YYYY

         Case number, if known _16-35430_

Debtor _____         Case number (if known)_____
                Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                                        Number        Street

_____

_____
City                                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor _____    Case number (if known)_____
          Name

**16. Estimated liabilities**

☐ $0-$50,000                ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000         ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million      ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4.8.2016
              MM / DD / YYYY

✗ _N. Capocette_____          _Nicole Capocette_____
Signature of authorized representative of debtor          Printed name

Title  _President_____

**18. Signature of attorney**

✗ _____          Date _____
Signature of attorney for debtor          MM / DD / YYYY

Printed name _____

Firm name _____

Number        Street _____

City _____    State _____    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Parker Penelope Corporation* |
| United States Bankruptcy Court for the: | *Southern* District of *NY* (State) |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (If known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. Cash on hand

$ _____500_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *Mahopac Bank* | *Checking* | 1 4 1 6 | $ (5,500) |
| 3.2. | | | ___ ___ ___ ___ | $ _____ |

4. Other cash equivalents *(Identify all)*

4.1. _____     $ _____
4.2. _____     $ _____

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ (5,000)

### Part 2:  Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. *Hopewell Associates*     $ 5,000
7.2. *Central Hudson*     $ 500

Debtor _Parts Renelope Corporation_____    Case number (if known)_____
         Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                 Current value of debtor's
       interest

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                       face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
                       face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                        Valuation method     Current value of debtor's
                                        used for current value   interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _Parks Penelope Corporation_
    Name

Case number (if known)_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** Dresses | ___ / ___ / ___ MM / DD / YYYY | $10,000 | _____ | $10,000 |
| **22. Other inventory or supplies** | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$10,000

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    _Porter Penelope Corporation_
          Name

Case number (if known)_____

---

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

Debtor _Parker Penelope Corporation_
       Name

Case number (if known)_____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _Potr Penelope Corporation_
         Name

Case number (if known)_____

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 415 Route 376 #8 | 0 | $ 0 | 0 | $ 0 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor  *Parlor Penelope Corporation*
        _____Name_____

Case number *(if known)*_____

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

71. Notes receivable
Description (include name of obligor)
_____    _____ – _____ = ➔   $_____
                            Total face amount    doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)
_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. Interests in insurance policies or annuities
_____                        $_____

74. Causes of action against third parties (whether or not a lawsuit has been filed)
_____                        $_____
Nature of claim        _____
Amount requested       $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
_____                        $_____
Nature of claim        _____
Amount requested       $_____

76. Trusts, equitable or future interests in property
_____                        $_____

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership
_____                        $_____
_____                        $_____

78. Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.                $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

Debtor _____Porter Penelope Corporation_____                    Case number (if known)_____
            Name

<table>
<tr><td style="background:black;color:white">Part 12:</td><td>**Summary**</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 5,000 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____ | |
| 83. Investments. *Copy line 17, Part 4.* | $_____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 10,000 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* . ..................................➔ | | $_____ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column. ........................... 91a. | $_____ | + 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ...................................................................  $ 5,000

**Fill in this information to identify the case:**

Debtor _Parke Penelope Corporation_

United States Bankruptcy Court for the: _Southern_ District of _NY_
(State)

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.1** Priority creditor's name and mailing address
_Internal Revenue Svc_

_Cincinnati OH 45999_

Date or dates debt was incurred
_____

Last 4 digits of account
number _4 6 1 8_

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ _2,000_
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_Taxes_

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

---

**2.2** Priority creditor's name and mailing address
_NYS Dept Taxa Fin_
_WA Harrima_
_Albany NY 12227_

Date or dates debt was incurred
_____

Last 4 digits of account
number _T T 8 1_

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ _29,000_
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
_Taxes_

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

---

**2.3** Priority creditor's name and mailing address
_NYS Dep Taxation_
_WA Harriman_
_Albany NY 12227_

Date or dates debt was incurred
_____

Last 4 digits of account
number _4 6 1 8_

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ _10,000_
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
_Taxes_

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

Debtor _Pose Penelope Corporation_
Name

Case number _(if known)_ _____

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._**  Priority creditor's name and mailing address

_NYS Unemployment_
_PO Box 4301_
_Binghampton NY 13902_

Total claim $ 1,000    Priority amount $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _Taxes_

Last 4 digits of account number  _9330_

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._**  Priority creditor's name and mailing address

_Workers Compensation_
_328 State Street_
_Schenectady, NY 12305_

Total claim $ 55,000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _Insurance_

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._**  Priority creditor's name and mailing address

_Central Hudson_

Total claim $ 1,000 —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _Utilities_

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._**  Priority creditor's name and mailing address

_____

Total claim $ _____    Priority amount $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor  *Parke Penelope Corporation*
Name

Case number *(if known)* _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address
*On Merchant Capity*
*475 Poh Ave South*
*New York, NY 10016*

Date or dates debt was incurred  **4.1.2015**
Last 4 digits of account number  ____  ____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ **28,000**

Basis for the claim:  *Merchant Cash Advance*

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
*Hudson Valley FCU*
*PO Box 1071*
*Poughkeepsie, NY 12602*

Date or dates debt was incurred  **9.1.15**
Last 4 digits of account number  **5810**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ **1,510**

Basis for the claim:  *Bank*

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
*M&T Bank*
*One M&T Plaza*
*Buffalo NY 14203*

Date or dates debt was incurred  **12.1.15**
Last 4 digits of account number  **6120**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ **4,269**

Basis for the claim:  *Bank*

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
*Mahopac Bank*
*PO Box 460*
*Ithaca NY 14851*

Date or dates debt was incurred  **4.1.2016**
Last 4 digits of account number  **1916**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ **5,500**

Basis for the claim:  *Bank*

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
*Merchant Cash Group*
*5745 SW 75th St #110*
*Gainsville FL 32608*

Date or dates debt was incurred  **9.1.15**
Last 4 digits of account number  ____  ____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ **13,000**

Basis for the claim:  *Merchant Cash Adv.*

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
*Bank of Lake Mells*
*136 E Madison St*
*Lake Mell WI 53551*
*2159*

Date or dates debt was incurred
Last 4 digits of account number  ____  ____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ **28,000**

Basis for the claim:  *Merchant Cash Adv.*

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor _Paka Penelope Corporation_
Name

Case number (if known)_____

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

_PayPal_

_2145 Hamilton Ave_

_San Jose, CA 95125_

As of the petition filing date, the claim is: $ _25,000_
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Lender Credit Card Proc._

Date or dates debt was incurred _10.1.15_

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_The Hartford_

_One Hartford Plaza_

As of the petition filing date, the claim is: $ _557_
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Insurance_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_The Knot / XO Group_

_195 Broadway_

_NY, NY 10007_

As of the petition filing date, the claim is: $ _1,360_
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Advertising_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_UPS_

_55 Glenlake Pkway_

_Atlanta GA 30328_

As of the petition filing date, the claim is: $ _3,845_
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _Shipping_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_Yellowstone Capital_

_160 Pearl Street_

_New York, NY 10005_

As of the petition filing date, the claim is: $ _24,000_
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _Merchant Cash Advance_

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _Paige Penelope Copesetic_
        Name

Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__ Nonpriority creditor's name and address

_NYS Dept Taxation ce_
_WA Harriman_
_Albany NY 12227_

Date or dates debt was incurred _4.5.16_
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Taxes_

Is the claim subject to offset?
☐ No
☐ Yes

$ _5,960_

3.__ Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

3.__ Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

3.__ Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

3.__ Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor _Polar Penelope Corporation_
Name

Case number (if known) _____

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. RMS<br>17 Hatland St<br>East Hatford, CT 06128 | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.2. RMS<br>PO Box 20543<br>Lehigh Valley PA 18002 | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.3. Corporate Turnaround<br>95 NJ 17<br>Paramus NJ 07652 | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.4. RMS<br>7525 West Campus Rd<br>New Albany OH 43004 | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.1. Allan Maxwell & Silver<br>190 Sylvan Ave<br>Englewood Cliffs NJ 07632 | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |

Debtor    Peter Penelope Corporated
          Name

Case number (if known)_____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1          5a.    $ 97,000

5b. Total claims from Part 2          5b.  + $ 140,971

5c. Total of Parts 1 and 2            5c.    $ 237,971
    Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name _Pony Penelope Corporation_

United States Bankruptcy Court for the _Southern_ District of _NY_
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _Retail_ |
| | | _Hopewell Associates_ |
| | State the term remaining | _692 Route 6_ |
| | | _Mahopac, NY 10541_ |
| | List the contract number of any government contract | |
| | State the term remaining | _2000_ |

| | | |
|---|---|---|
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name _Pacific Penelope Corporation_

United States Bankruptcy Court for the: _Southern_ District of _NY_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................  $ _____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................  $ 5,000

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................  $ 5,000

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..............  $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................  $ 97,000

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................  + $ 140,971

4. **Total liabilities**.....................................................................................  $ 237,971
    Lines 2 + 3a + 3b

---

Fill in this information to identify the case and this filing:

Debtor Name _Parker Penelope Corporation_

United States Bankruptcy Court for the: _Southern_ District of _NY_
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4.8.2016_         ✗ _N. Capocitti_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

_Nicole Capocitti_
Printed name

_President_
Position or relationship to debtor